UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR<br>ENVIRONMENTAL RESPONSIBILITY,<br><br>    *Plaintiff*,<br>v.<br><br>NATIONAL PARK SERVICE<br><br>    *Defendant.* | CIVIL ACTION NO. 24-849 (BAH) |

**JOINT STATUS REPORT**

Public Employees for Environmental Responsibility ("Plaintiff") and the United States National Park Service ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in this case under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"). In support hereof, the parties jointly proffer the following:

1. This case stems from Plaintiff's two FOIA requests, submitted November 16 and 17, 2023 seeking information about permits that Defendant granted for activities in the Valles Caldera National Preserve in New Mexico (specifically, the gathering or killing of eagles and the use of an area typically inaccessible to the public within the designated critical habitat of an endangered species of salamander). *See* ECF No. 1 at ¶¶ 12, 15.

2. Since Plaintiff filed its complaint, NPS provided a final response encompassing 69 files, which Plaintiff has reviewed. There are only two documents for which Plaintiff has concerns, which it communicated to Defendant on July 24. Defendant requires a small amount of additional time to respond.

3. At this time, the parties feel that it would be premature to propose a briefing schedule since it is not clear whether any disputes will remain once Defendant has reviewed Plaintiff's questions. Accordingly, the parties propose that by September 1, 2024, they shall file a further status report apprising the Court of their efforts to resolve the dispute. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

July 30, 2024                                             Respectfully submitted,


/s/ Laura Dumais
Laura Dumais, DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. ⬜ Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *Plaintiff*, v. NATIONAL PARK SERVICE *Defendant.* | CIVIL ACTION NO. 24-849 (BAH) |

## **ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 2024, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties may file another Joint Status Report or briefing schedule no later than September 1, 2024.

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE